```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14746
   CUTBERTO VALENCIANO JR
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4140

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/15/07 and confirmed on 01/14/08.

   2.  The case was dismissed after confirmation, 11/06/2008.

   3.  The Debtor paid a total of $   6725.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG          .00           .00            .00
AMERICAS SERVICING CO    MORTGAGE ARRE      5035.95           .00         5035.95
RUSH COPLEY PEDIATRIC AS UNSECURED         NOT FILED          .00            .00
AURORA EMERGENCY ASSOCIA UNSECURED         NOT FILED          .00            .00
AURORA RADIOLOGY CONSULT UNSECURED         NOT FILED          .00            .00
CB ACCOUNTS              UNSECURED         NOT FILED          .00            .00
CHASE MANHATTAN BANK USA UNSECURED         NOT FILED          .00            .00
COMED                    UNSECURED            809.08          .00            .00
PREMIER BANKCARD/CHARTER UNSECURED            416.28          .00            .00
NICOR GAS                UNSECURED           1167.08          .00            .00
PROVENA MERCY MEDICAL CE UNSECURED         NOT FILED          .00            .00
RUSH COPLEY MEDICAL CENT UNSECURED         NOT FILED          .00            .00
STATE FARM INSURANCE     UNSECURED         NOT FILED          .00            .00
CBE GROUP                UNSECURED         NOT FILED          .00            .00
DREYER MEDICAL CLINIC    UNSECURED         NOT FILED          .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    5035.95         .00       2392.44        .00       7428.39
PRINCIPAL PAID        5035.95         .00           .00        .00       5035.95
INTEREST PAID             .00         .00           .00        .00           .00
TOTAL PAID            5035.95         .00           .00        .00       5035.95
The Debtor's attorney, RUDDY MILROY & KING          , was allowed $    3000.00
and was paid $   1701.00   direct and $   1299.00   through the plan.

The Trustee received $    390.05 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                             /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 07 B 14746 CUTBERTO VALENCIANO JR